IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CASTRO,

    Petitioner,  No. CIV S-08-2390-MCE-TJB

    vs.

M. MARTEL,

    Respondent.  <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file objections to the Magistrate Judge's Findings and Recommendations entered on November 23, 2010. Based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted. Petitioner is advised, however, that no further extensions of time will be granted, except for verified and extraordinary good cause shown.

    IT IS HEREBY ORDERED that:

    1. Petitioner's December 10, 2010 request for an extension of time is granted; and

///
///
///
///

1

2. Petitioner shall file his objections to the Magistrate Judge's Findings and Recommendations within thirty days of the date of this order.

DATED:     December 14, 2010.

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE